MARY E. KENNEY, Appellant, *v.* JOHN H. WELSH, Individually and as Executor of LOUISA T. WELSH, Deceased, Respondent.

*Kenney* v. *Welsh*, 137 App. Div. 925, reversed.
(Argued February 10, 1911; decided April 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1910, affirming a judgment in favor of defendant

entered upon a verdict directed by the court in an action to determine the validity of a will.

*F. P. Whittaker*, *Charles J. Hardy* and *Thomas E. Fitz-Gerald* for appellant.

*Eugene A. Philbin* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the evidence presented a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: HAIGHT, J.